Below is an Order of the Court.

_____
FRANK R. ALLEY
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| In re: | Case No. 10-63814-fra13 |
|---|---|
| Donald Eugene McCoy III, | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR |
| Debtor. | |

THIS MATTER came before the court upon the motion by Muhlheim Boyd for authority to withdraw as counsel for the debtor. The court having reviewed the motion, the declaration of Keith Y. Boyd accompanying the motion, and the court file, and now being fully advised,

IT IS HEREBY ORDERED that Muhlheim Boyd's motion to withdraw as counsel for the debtor shall be and hereby is granted and the debtor shall be deemed pro se until further order of the court.

###

Presented by:

MUHLHEIM BOYD

By:  /s/ Keith Y. Boyd
     Keith Y. Boyd, OSB #760701
     boyd@mb-lawoffice.com
     88 E. Broadway
     Eugene, OR 97401
     Telephone: (541) 868-8005
     Facsimile: (541) 868-8004
         Of Attorney for Debtor

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR- **Page 1 of 2**

cc:

**via Manual Notice List:**

Donald Eugene McCoy III
2969 Sunnyvale Loop
Central Point, OR 97502

**via Electronic Service:**

KEITH Y BOYD ecf@mb-lawoffice.com
JOHN O CAMPBELL ocampbell@houser-law.com, chershey@houser-law.com
PILAR C FRENCH frenchp@lanepowell.com, barkerd@lanepowell.com;
    Docketing-pdx@lanepowell.com; halgrenb@lanepowell.com
Fred Long longeugctmail@qwestoffice.net
JAMES J STOUT jjstout1@aol.com
JOHN M THOMAS jthomas@rcolegal.com, mcannon@rcolegal.com
US Trustee, Eugene USTPRegion18.EG.ECF@usdoj.gov
JAMES ^MIERSMA ecfor@rcflegal.com

# CERTIFICATE OF NOTICE

```
District/off: 0979-6          User: jonni                Page 1 of 1                  Date Rcvd: Jan 26, 2011
Case: 10-63814                Form ID: pdf018            Total Noticed: 2

The following entities were noticed by first class mail on Jan 28, 2011.
db           +Donald Eugene McCoy, III,   2969 Sunnyvale Dr,    Central Point, OR 97502-1420
The following entities were noticed by electronic transmission on Jan 27, 2011.
              +E-mail/Text: ecf@mb-lawoffice.com                                      Keith Y. Boyd,   Attorney at Law,
                88 E Broadway,   Eugene, OR 97401-3135
                                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2011**                                      **Signature:**    _Joseph Speetjens_